LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite #227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
LEAH M. ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE J. MAJORS, et al.,<br><br>　　　　　　Defendants. | No. Cr. S-06-115 LKK<br><br>ORDER RE:<br>WAIVER OF DEFENDANT<br>LEAH M. ANDERSON'S<br>PERSONAL PRESENCE |

Defendant LEAH M. ANDERSON, hereby waives the right to be in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver; agrees that her interest will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and

- 1 -

delays under that Act without defendant being present.

DATED: June  1 , 2006          I consent to the above waiver of presence.

    /s/ Leah M. Anderson
LEAH M. ANDERSON

  9001 E. Florian Ave.
Address

  Mesa, Az 85208
City/State/Zip

DATED: June  1 , 2006          I agree to the above waiver of presence.

 /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Leah M. Anderson

DATED: June 2, 2006          I approve the above waiver of presence.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT