McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
PHILLIP A. TALBERT
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CR. No. S-06-115 LKK |
|                                    ) | |
|             Plaintiff,             ) | ORDER |
|                                    ) | |
|       v.                           ) | |
|                                    ) | |
| WAYNE J. MAJORS,                   ) | |
|    aka Jay Miller;                 ) | |
| LEAH M. ANDERSON,                  ) | |
|    aka Jennifer Metzger; and       ) | |
| SANDRA VILLEGAS,                   ) | |
|                                    ) | |
|             Defendants.            ) | |

This matter came before the Court on June 6, 2006 for status. Defendants jointly moved to continue the matter until September 6, 2006 for further status. The United States had no objection.

The defendants, through their counsel, and the United States, through its counsel, agreed and stipulated that this case is complex within the meaning of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(ii) due to the volume of discovery and novel questions of law and fact.

///

1    The parties agreed and stipulated further that defendants
2 and their counsel need additional time to prepare for trial in
3 order to review discovery, and conduct defendants' investigation
4    Accordingly, I find that this case is complex within the
5 meaning of the Speedy Trial Act, that counsel need time to
6 prepare, and that time should be excluded under the Speedy Trial
7 Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv)[Local Codes
8 T2/T4] from June 6, 2006 up to and including the next scheduled
9 court appearance on Wednesday, September 6, 2006.
10    I further find based upon the agreement of the parties that
11 the ends of justice are met by excluding time and that the
12 defendant's need for additional time to prepare exceeds the
13 public interest in a trial within 70 days.
14 Dated: June 8, 2006

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT