L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
SANDRA VILLEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-06-115 LKK |
| Plaintiff, | ) ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) ) | CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| SANDRA VILLEGAS, et al., | ) ) | Date:  September 6, 2006 |
| Defendants. | ) ) | Time:  9:30 A.M. Judge:  Hon. Lawrence K. Karlton |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Sandra Villegas, Leah Anderson, and Wayne Majors by and through their defense counsel, Bruce Locke, Scott Tedmon, and Clyde Blackmon, and the United States of America by and through its counsel, Assistant U.S. Attorney Robert Twiss, that the status conference presently set for September 6, 2006 at 9:30 a.m., should be continued to December 5, 2006 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from September 6, 2006 through December 5, 2006.

The reason for the continuance is that the defendants have received a substantial amount of discovery that relates to the preparation of the tax returns that are at issue in this case and the government has advised that there is additional discovery that will be provided to the defense in the next week that is material to the preparation of this case for trial and the defense attorneys need additional time to analyze this information that they have already received and to consider the new material that will be provided.  The parties request the Court to exclude time under the Speedy Trial Act from September 6, 2006 to December 5,  2006 to allow for defense preparation and because the ends of justice outweigh the interest of the public and the defendant in a speedy trial.   Mr. Twiss,

1  Mr. Tedmon, and Mr. Blackmon, have all authorized Mr. Locke to execute this pleading for them.

3  DATED: September 1, 2006            _____/S/_____
4                                      L. BRUCE LOCKE
   Attorney for Sandra Villegas

6  DATED:  September 1, 2006           \_\_\_\_\_/S/ BRUCE LOCKE\_\_\_\_\_
                                       for SCOTT TEDMON
   Attorney for Leah Anderson

8  DATED:  September 1, 2006           \_\_\_\_\_/S/ BRUCE LOCKE\_\_\_\_\_
                                       for CLYDE BLACKMON
9                                      Attorney for Wayne Majors

11 DATED: September 1, 2006            \_\_\_\_/S/ BRUCE LOCKE\_\_\_\_\_
                                       for ROBERT TWISS
   Attorney for the United States

14         IT IS SO ORDERED.

15 DATED: September 5, 2006

   _____
   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT

2