```
LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540

Attorney for Defendant
LEAH M. ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> WAYNE J. MAJORS, et al. ) <br> ) <br> Defendants. ) <br> _____) | No. Cr. S-06-115 LKK <br><br> STIPULATION AND <br> ORDER CONTINUING STATUS <br> CONFERENCE; EXCLUSION OF TIME |

The United States of America, through Assistant U.S. Attorney Robert M. Twiss, and defendant Wayne J. Majors, through his counsel Clyde M. Blackmon; defendant Leah M. Anderson, through her counsel Scott L. Tedmon; and defendant Sandra Villegas, through her counsel Bruce L. Locke, hereby stipulate that the status conference set for Tuesday, December 5, 2006 at 9:30 a.m., be continued to Tuesday, February 6, 2007 at 9:30 a.m. before United States District Judge Lawrence K. Karlton.

The government has provided defendants with approximately 500 pages of discovery, much of which involves detailed financial records. Defense counsel needs additional time to review this volume of discovery, conduct necessary defense investigation, determine what pretrial motions to file, if any, and continue to discuss a potential resolution of this case with the government.

Based on the foregoing, all counsel stipulate it is appropriate to continue the current status

- 1 -

1  conference to Tuesday, February 6, 2007 at 9:30 a.m.  Ana Rivas has approved the February 6, 2007
2  hearing date.  No jury trial date has been set in this case.

### SPEEDY TRIAL ACT - EXCLUSION OF TIME

The parties stipulate the Court should reiterate its previous finding that time be excluded through February 6, 2007 under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: November 30, 2006          McGREGOR W. SCOTT
                                  United States Attorney

                                   /s/ Robert M. Twiss
                                  ROBERT M. TWISS
                                  Assistant U.S. Attorney


DATED: November 30, 2006          BLACKMON & ASSOCIATES

                                   /s/ Clyde M. Blackmon
                                  CLYDE M. BLACKMON
                                  Attorney for Wayne J. Majors


DATED: November 30, 2006          LAW OFFICES OF SCOTT L. TEDMON

                                   /s/ Scott L. Tedmon
                                  SCOTT L. TEDMON
                                  Attorney for Leah M. Anderson


DATED: November 30, 2006          MOSS & LOCKE

                                   /s/ Bruce L. Locke
                                  BRUCE L. LOCKE
                                  Attorney for Sandra Villegas

1  **ORDER**

2  GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY
3  ORDERED that the Status Conference now scheduled for Tuesday, December 5, 2006 at 9:30 a.m.,
4  is hereby continued to Tuesday, February 6, 2007 at 9:30 a.m., before the Honorable Lawrence K.
5  Karlton.

6  Based upon the above stipulation, the Court reiterates its previous finding that time be
7  excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C.
8  §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of February 6, 2007.  The
9  Court finds that the interests of justice served by granting this continuance outweigh the best
10 interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

11 **IT IS SO ORDERED.**

12 DATED: December 1, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT