LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Email: tedmonlaw@comcast.net

Attorney for Defendant
LEAH M. ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> WAYNE J. MAJORS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. Cr. S-06-115 LKK <br><br> STIPULATION AND <br> ORDER CONTINUING STATUS <br> CONFERENCE; EXCLUSION OF TIME |

The United States of America, through Assistant U.S. Attorney Robert M. Twiss, and defendant Wayne J. Majors, through his counsel Clyde M. Blackmon; defendant Leah M. Anderson, through her counsel Scott L. Tedmon; and defendant Sandra Villegas, through her counsel Bruce L. Locke, hereby stipulate that the status conference set for Tuesday, February 6, 2007 at 9:30 a.m., be continued to Tuesday, March 6, 2007 at 9:30 a.m. before United States District Judge Lawrence K. Karlton.

The government has provided defendants with approximately 500 pages of discovery, much of which involves detailed financial records. Defense counsel needs additional time to review this volume of discovery, conduct necessary defense investigation, determine what pretrial motions to file, if any, and continue to discuss a potential resolution of this case with the government.

Based on the foregoing, all counsel stipulate it is appropriate to continue the current status

- 1 -

conference to Tuesday, March 6, 2007 at 9:30 a.m. Ana Rivas has approved the March 6, 2007 hearing date. No jury trial date has been set in this case.

## **SPEEDY TRIAL ACT - EXCLUSION OF TIME**

The parties stipulate the Court should reiterate its previous finding that time be excluded through March 6, 2007 under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: January 26, 2007         McGREGOR W. SCOTT
                                United States Attorney

                                 /s/ Robert M. Twiss
                                ROBERT M. TWISS
                                Assistant U.S. Attorney


DATED: January 26, 2007         BLACKMON & ASSOCIATES

                                 /s/ Clyde M. Blackmon
                                CLYDE M. BLACKMON
                                Attorney for Wayne J. Majors


DATED: January 26, 2007         LAW OFFICES OF SCOTT L. TEDMON

                                 /s/ Scott L. Tedmon
                                SCOTT L. TEDMON
                                Attorney for Leah M. Anderson


DATED: January 26, 2007         MOSS & LOCKE

                                 /s/ Bruce L. Locke
                                BRUCE L. LOCKE
                                Attorney for Sandra Villegas

## **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Tuesday, February 6, 2007 at 9:30 a.m., is hereby continued to Tuesday, March 6, 2007 at 9:30 a.m., before the Honorable Lawrence K. Karlton.

Based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through the Status Conference date of March 6, 2007. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: February 1, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT