McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
PHILLIP A. TALBERT
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-06-115 LKK |
| Plaintiff, | ORDER |
| v. | |
| WAYNE J. MAJORS,<br>    aka Jay Miller<br>LEAH M. ANDERSON,<br>    aka Jennifer Metzger, and<br>SANDRA VILLEGAS, | |
| Defendants. | |

This matter came before the Court on March 20, 2007 for status. Defendants jointly moved to continue the matter until May 22, 2007 for further status. The United States had no objection.

The defendants, through their counsel, and the United States, through its counsel, agreed and stipulated that this case is complex within the meaning of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(ii) due to the volume of discovery and novel questions of law and fact. The parties have engaged in extensive plea negotiations, and continue to do so.

1    The parties agreed and stipulated further that defendants
2 and their counsel need additional time to prepare for trial in
3 order to review discovery, and conduct defendants' investigation.
4 Defense counsel also need to consider the counter-offer of the
5 United States with regard to plea, and determine whether motions
6 would be appropriate if the defendants decline the counter-offer,
7 and what those motions would be.
8    Accordingly, I find that this case is complex within the
9 meaning of the Speedy Trial Act, that counsel need time to
10 prepare, and that time should be excluded under the Speedy Trial
11 Act pursuant to 18 U.S.C. §3161(h)(8)(B)(ii) and (iv)[Local Codes
12 T2/T4] from March 20, 2007, up to and including the next
13 scheduled court appearance on Tuesday, May 22, 2007 at 9:30 a.m.
14    I further find based upon the agreement of the parties that
15 the ends of justice are met by excluding time and that the
16 defendant's need for additional time to prepare exceeds the
17 public interest in a trial within 70 days.
18 Dated: April 2, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT