LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Email: tedmonlaw@comcast.net

Attorney for Defendant
LEAH M. ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) ) WAYNE J. MAJORS, et al., ) ) Defendants. ) ) | No. Cr. S-06-115 LKK STIPULATION AND ORDER SETTING BRIEFING SCHEDULE, TRIAL CONFIRMATION HEARING, JURY TRIAL; EXCLUSION OF TIME |

The United States of America, through Assistant U.S. Attorney Robert M. Twiss, and defendant Wayne J. Majors, through his counsel Clyde M. Blackmon; defendant Leah M. Anderson, through her counsel Scott L. Tedmon; and defendant Sandra Villegas, through her counsel Bruce L. Locke, hereby stipulate to the following dates for the briefing schedule, trial confirmation hearing and jury trial, all before the Honorable Lawrence K. Karlton.

BRIEFING SCHEDULE

Defendants' Rule 12 Motions due on or before Tuesday, August 14, 2007.

Government Response due on or before Tuesday, September 18, 2007.

Defendants' Reply due on or before Tuesday, October 2, 2007.

Non-Evidentiary Hearing date of Tuesday, October 23, 2007 at 9:30 a.m.

- 1 -

## TRIAL CONFIRMATION HEARING and JURY TRIAL

The trial confirmation hearing is set for Tuesday, January 8, 2008 at 9:30 a.m.

Jury trial is set for Tuesday, January 29, 2008 at 10:30 a.m. The length of trial is estimated to be fifteen (15) trial days.

Each defendant and the government stipulate that the status conference set for Tuesday, May 22, 2007 at 9:30 a.m., be vacated in favor of the proposed schedule.

The government and defendants have not been able to reach a plea resolution in this case. While efforts will continue to be made between the parties to resolve the case short of trial, the proposed schedule is necessary to move the case forward and allow adequate time for the government and defense to prepare for trial. Ana Rivas has approved the above dates.

## SPEEDY TRIAL ACT - EXCLUSION OF TIME

The parties stipulate the Court should reiterate its previous finding that time be excluded under the Speedy Trial Act based on the needs of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv); Local Code T4, through January 23, 2008, the date set for jury trial. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: May 18, 2007                McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Robert M. Twiss
                                   ROBERT M. TWISS
                                   Assistant U.S. Attorney

DATED: May 18, 2007                BLACKMON & ASSOCIATES

                                   /s/ Clyde M. Blackmon
                                   CLYDE M. BLACKMON
                                   Attorney for Wayne J. Majors

DATED: May 18, 2007                LAW OFFICES OF SCOTT L. TEDMON

                                   /s/ Scott L. Tedmon
                                   SCOTT L. TEDMON
                                   Attorney for Leah M. Anderson

1  DATED: May 18, 2007                    MOSS & LOCKE

2                                          /s/ Bruce L. Locke
                                          BRUCE L. LOCKE
3                                         Attorney for Sandra Villegas

## ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the Status Conference now scheduled for Tuesday, May 22, 2007 at 9:30 a.m., is hereby VACATED.  The following briefing schedule, trial confirmation hearing and jury trial dates are hereby ordered set before the Honorable Lawrence K. Karlton.

### BRIEFING SCHEDULE

Defendants' Rule 12 Motions due on or before Tuesday, August 14, 2007.

Government Response due on or before Tuesday, September 18, 2007.

Defendants' Reply due on or before Tuesday, October 2, 2007.

Non-Evidentiary Hearing date of October 23, 2007 at 9:30 a.m.

### TRIAL CONFIRMATION HEARING and JURY TRIAL

The trial confirmation hearing is set for Tuesday, January 8, 2008 at 9:30 a.m.

Jury trial is set for Tuesday, January 29, 2008 at 10:30 a.m.

### SPEEDY TRIAL ACT - EXCLUSION OF TIME

Based upon the above stipulation, the Court reiterates its previous finding that time be excluded under the Speedy Trial Act for need of counsel to prepare pursuant to 18 U.S.C. §3161(h)(8)(B)(iv), Local Code T4, through January 23, 2008, the date set for jury trial.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: May 21, 2007

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 3 -