McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WAYNE J. MAJORS,<br>LEAH M. ANDERSON, and<br>SANDRA VILLEGAS,<br><br>    Defendants. | CR. S-06-0115-LKK<br><br>**ORDER ON STATUS CONFERENCE AND DEFENDANT MAJORS' MOTION TO CONTINUE TRIAL DATE** |

On October 23, 2007, this matter came on for a status conference and a hearing on defendant Wayne J. Majors' motion to continue the trial date. The United States appeared through Assistant United States Attorneys Phillip A. Talbert and Philip A. Ferrari, defendant Majors waived personal appearance and appeared through his attorney Clyde M. Blackmon, defendant Leah M. Anderson waived personal appearance and appeared through her attorney Scott L. Tedmon, and defendant Sandra Villegas waived personal appearance and appeared through her attorney Bruce Locke.

By his motion, defendant Majors requested that the currently scheduled trial date of January 28, 2008 be vacated and

1

rescheduled for a date later than May/June 2008, based on his counsel's unavailability through that time period.  After argument and a discussion of scheduling, and without objection by counsel for the other two defendants, the Court granted the motion, vacated the trial date of January 28, 2008, scheduled a new trial date of September 16, 2008, at 9:00 a.m., and a new trial confirmation hearing date of September 3, 2008, at 9:30 a.m., and vacated an earlier-noted hearing date of October 30, 2007, on defendant Majors' motion to continue trial date.  All defendants consented to, and the government stipulated to, an exclusion of time under the Speedy Trial Act from October 23, 2007 to September 16, 2008 based on counsel's unavailability and all counsels' need to prepare.

Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1.  Defendant Majors' motion to continue trial date is granted.  The current trial date of January 28, 2008 is vacated and a new trial date of September 16, 2008, at 9:00 a.m., is scheduled, with a trial confirmation hearing date of September 3, 2008, at 9:30 a.m.

2.  The hearing date of October 30, 2007 on defendant Majors' motion to continue trial date is vacated.

3.  The time between October 23, 2007 and September 16, 2008, is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv). The Court specifically finds that a continuance is necessary to guarantee continuity of counsel and to give defense counsel sufficient time to prepare.  The Court finds that the ends of

1 justice served by setting the new trial date outweigh the best
2 interest of the public and defendant in a speedy trial.
3
4 Dated: October 25, 2007

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT