McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
PHILLIP A. FERRARI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  S 06-0115 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SCHEDULING ORDER** |
| v. | ) | |
| | ) | |
| WAYNE J. MAJORS, | ) | |
|     aka Jay Majors, | ) | |
| LEAH M. ANDERSON, | ) | |
|     aka Jennifer Metzger; and | ) | |
| SANDRA VILLEGAS, | ) | |
| | ) | |
| Defendants. | ) | |

   The above case was called in open court on August 19, 2008, to discuss the trial date, presently scheduled for September 15, 2008. The United States was represented by Assistant U.S. Attorneys Richard Bender and Phillip Ferrari.  The defendants, all on pretrial release and having previously filed a waiver of appearance, were not present. Defendant Wayne Majors was represented by Clyde Blackmon, Esq.  Mr. Blackmon also specially appeared for Scott Tedmon, Esq., on behalf of defendant Leah Anderson.  Defendant Sandra Villegas was represented by Bruce Locke, Esq.

   Upon request of the defense, and on the basis that defense

counsel for defendants Anderson and Villegas will be in previously scheduled criminal trials during the period of the presently scheduled trial date in this case, the September 15, 2008, trial date was vacated.

Upon consultation with, and agreement of, all counsel, the earliest date available which did not conflict with their scheduled criminal trials was February 24, 2009. That date was adopted by the Court with a trial confirmation hearing scheduled for January 27, 2009, at 9:30 a.m. Counsel also agreed that time should be excluded between August 19, 2008, and February 24, 2009, on the basis of continuity of counsel [18 U.S.C. § 3161(h)(8)(B)(iv)] and case complexity [18 U.S.C. § 3161(h)(8)(B)(ii)].

IT IS SO ORDERED,

Date:     August 28, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT