```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  RICHARD J. BENDER
    PHILLIP A. FERRARI
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2700
 5
 6
 7
 8
                IN THE UNITED STATES DISTRICT COURT
 9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,     )  CASE NO.  S 06-0115 LKK
12                                )
                    Plaintiff,    )
13                                )  SCHEDULING ORDER
    v.                            )
14                                )
    WAYNE J. MAJORS,              )
15      aka Jay Majors,           )
    LEAH M. ANDERSON,             )
16      aka Jennifer Metzger; and )
    SANDRA VILLEGAS,              )
17                                )
                    Defendants.   )
18
```

The above case was called in open court on March 24, 2009, to discuss the scheduled for April 14, 2009, trial date. The defendants were not present, all on pretrial release and having previously filed a waiver of appearance. Defendant Sandra Villegas was represented by Bruce Locke, Esq., who also stood in for attorney Clyde Blackmon, the attorney for Defendant Wayne Majors. Defendant Leah Anderson was represented by Scott Tedmon, Esq. The United States was represented by Assistant U.S. Attorney Richard Bender.

Government counsel represented that defendant Majors appears to have a substantial medical condition which could impact his physical

1

capacity to stand trial and would likely impact any potential sentence he could receive.  The condition also impacts plea negotiations in that it would be a waste of resource to push the case to trial on the basis that the defendant could not agree to a plea agreement providing for substantial prison time when the medical condition of the defendant is such that it would be unlikely that he would be sentenced to substantial prison time even if convicted at trial.  Medical records concerning the condition were recently obtained by Mr. Blackmon and forwarded to the government.  The government intends to have the records reviewed by an expert to render an opinion on the validity of the proffered medical condition.

It was agreed that the presently scheduled trial date should be continued to allow the review of defendant Majors' medical records. The earliest date available which did not conflict with the already scheduled criminal trials of the attorneys in the case was September 15, 2009.  That date was adopted by the Court.  A trial confirmation hearing was scheduled for August 25, 2009, 2009, at 9:15 a.m. A further Status Conference was scheduled for April 21, 2009, at 9:15 a.m. Counsel also agreed that time should be excluded between March 24, 2009, and September 15, 2009, on the basis of: (1) continuity of counsel [18 U.S.C. § 3161(h)(8)(B)(iv)] and (2) delay resulting from proceedings to determine the physical capacity of defendant Majors [18 U.S.C. § 3161(h)(1)(A)].

IT IS SO ORDERED,

DATED: April 2, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2