McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
PHILLIP A. FERRARI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  S 06-0115 LKK |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| WAYNE J. MAJORS, <br>    aka Jay Majors, <br> LEAH M. ANDERSON, <br>    aka Jennifer Metzger; and <br> SANDRA VILLEGAS, | |
| Defendants. | |

A status conference in the above case was held in open court on April 24, 2009, to discuss the schedule of the case. The defendants were not present, all three of them having previously filed a waiver of appearance. Defendant Wayne Majors was represented by Clyde Blackmon, Esq. Defendant Sandra Villegas was represented by Bruce Locke, Esq. Defendant Leah Anderson was represented by Scott Tedmon, Esq. The United States was represented by Assistant U.S. Attorneys Richard Bender and Philip Ferrari.

Government counsel represented that, since the last court appearance, defendant Majors' medical records had been reviewed by a

physician for the U.S. Bureau of Prison and the government is convinced that defendant Majors suffers from serious medical issues [primarily moderately severe chronic obstructive pulmonary disease] that will make any placement in the federal prison more complicated and substantially more expensive. This condition could have implications at sentencing, and, in turn, plea negotiations, although it would not prevent defendant Majors from going to trial. Counsel for defendant Majors represented that defendant Majors may also have significant mental impairment caused by his health issues that could impact his ability to assist in his defense at trial and produced a psychologist's report which supported this. Government counsel agreed that the matter needed to be examined further and represented that they would attempt to find a psychiatrist or psychologist near the defendant's residence in Arizona to conduct a mental evaluation for the government. All defense counsel agreed that this was appropriate.

To allow the mental examination to occur, it was agreed that additional time was needed in the present schedule. It was agreed that the present trial date of September 15, 2009, should be continued to October 27, 2009. That date was adopted by the Court. A trial confirmation hearing was scheduled for October 6, 2009, at 9:15 a.m. Time had already been excluded under the Speedy Trial Act

//
//
//
//
//
//

to the previous trial date of September 15, 2009, and government counsel asked that the additional time to October 27, 2009, be excluded on the basis of delay resulting from proceedings to determine the mental capacity of defendant Majors. [18 U.S.C. § 3161(h)(1)(A).] That was deemed appropriate by all defense counsel.

DATED: May 15, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT