```
McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
PHILLIP A. FERRARI
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  S 06-0115 LKK |
| ) Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | |
| WAYNE J. MAJORS, ) | |
|     aka Jay Majors, ) | |
| LEAH M. ANDERSON, ) | |
|     aka Jennifer Metzger; and ) | |
| SANDRA VILLEGAS, ) | |
| ) | |
|             Defendants. ) | |

   A status conference in the above case is scheduled for June 2, 2009.  The attorneys for two of the defendants (Wayne Majors and Leah Anderson) are presently in trial in other criminal cases and unable to effectively devote their attention to the present case. Additionally, the psychiatrist's report concerning the mental competency of defendant Majors will be finalized in the next few days which will allow counsel for the parties to meet and confer to determine the next procedural step needed in the case.  Therefore counsel have agree to continue the status conference for three weeks to Tuesday, June 23, 2009, at 9:15 a.m. and that time be excluded

1

until that date on the basis of delay resulting from proceedings to determine the mental capacity of defendant Majors [18 U.S.C. § 3161(h)(1)(A)] and the present unavailability of counsel for defendants Majors and Anderson [18 U.S.C. § 3161(h)(7) - time needed for effective preparation of the defense, with the Court finding that the ends of justice served by the continuance outweigh the interest of the defendants or the public in a speedy trial].

Dated: June 1, 2009

          LAWRENCE G. BROWN
          Acting U.S. Attorney

          by /s/ Richard J. Bender
          RICHARD J. BENDER
          PHILLIP A. FERRARI
          Assistant U.S. Attorneys

Dated: June 1, 2009

          /s/ Clyde Blackmon by RJB
          CLYDE BLACKMON
          Attorney for Wayne Majors

Dated: June 1, 2009

          /s/ Scott Tedmon by RJB
          SCOTT TEDMON
          Attorney for Leah Anderson

Dated: June 1, 2009

          /s/ Bruce Locke by RJB
          Attorney for Sandra Villegas

IT IS SO ORDERED

Dated: June 2, 2009

          LAWRENCE K. KARLTON
          SENIOR JUDGE
          UNITED STATES DISTRICT COURT