LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
717 K Street, Suite 227
Sacramento, California 95814
Telephone: (916) 441-4540
Email: tedmonlaw@comcast.net

Attorney for Defendant
LEAH M. ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. Cr. S-06-115 LKK |
| ) | |
| ) | STIPULATION AND |
| v. ) | ORDER RE: SCHEDULE FOR |
| ) | DISCLOSURE OF PRE-SENTENCE |
| ) | REPORT AND FOR FILING OF |
| WAYNE J. MAJORS, et al., ) | OBJECTIONS TO THE PRE-SENTENCE |
| ) | REPORT |
| Defendants. ) | |

    The United States of America, through Assistant U.S. Attorney Richard J. Bender; defendant Wayne J. Majors, through his counsel Clyde M. Blackmon; defendant Leah M. Anderson, through her counsel Scott L. Tedmon; defendant Sandra Villegas, through her counsel Bruce L. Locke, and United States Probation, through U.S. Probation Officer Teresa Hoffman, hereby stipulate to the following schedule for disclosure of the pre-sentence report and for filing of objections to the pre-sentence report.

    Judgment and Sentencing: Tuesday, January 12, 2010 at 9:15 a.m.

    Formal Objections due on or before: Tuesday, January 5, 2010

    Final presentence report due on or before Tuesday, December 29, 2009.

    Informal Objections due on or before Tuesday, December 22, 2009.

    Proposed pre-sentence report due on or before Tuesday, December 8, 2009.

1 | Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their behalf.

2 | **IT IS SO STIPULATED.**

4 | DATED: October 27, 2009        LAWRENCE G. BROWN
                                    United States Attorney

                                    /s/ Richard J. Bender
6 |                                 RICHARD J. BENDER
                                    Assistant U.S. Attorney

8 | DATED: October 27, 2009        BLACKMON & ASSOCIATES

                                    /s/ Clyde M. Blackmon
                                    CLYDE M. BLACKMON
10|                                 Attorney for Wayne J. Majors

11| DATED: October 27, 2009        LAW OFFICES OF SCOTT L. TEDMON

                                    /s/ Scott L. Tedmon
13|                                 SCOTT L. TEDMON
                                    Attorney for Leah M. Anderson

15| DATED: October 27, 2009        MOSS & LOCKE

16|                                 /s/ Bruce L. Locke
                                    BRUCE L. LOCKE
17|                                 Attorney for Sandra Villegas

19| DATED: October 27, 2009        JAY D. CRADDOCK
                                    United States Probation

20|                                 /s/ Teresa C. Hoffman
                                    TERESA C. HOFFMAN
21|                                 U.S. Probation Officer

# **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the schedule for disclosure of the pre-sentence report and for filing of objections is as follows:

    Judgment and Sentencing: Tuesday, January 12, 2010 at 9:15 a.m.

    Formal Objections due on or before Tuesday, January 5, 2010

    Final presentence report due on or before Tuesday, December 29, 2009.

    Informal Objections due on or before Tuesday, December 22, 2009.

    Proposed pre-sentence report due on or before Tuesday, December 8, 2009.

**IT IS SO ORDERED.**

DATED: October 28, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT