LAW OFFICE OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR #96171
1050 Fulton Avenue, Suite 218
Sacramento, CA  95825
Telephone: (916) 482-4545
Email:  tedmonlaw@comcast.net

Attorney for Defendant
LEAH M. ANDERSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>LEAH M. ANDERSON, et al.,<br><br>           Defendants. | Case No.: S-06-115 LKK<br><br>APPLICATION AND ORDER FOR EXONERATION OF BOND AND DIRECTING THE CLERK TO RETURN CASH BAIL |

    Defendant Leah M. Anderson, through her counsel Scott L. Tedmon, applies for an order exonerating the appearance bond in her case and directing the Clerk of the Court to return cash bail.

    On May 18, 2006, Ms. Anderson was released on $100,000.00 bond.  She signed an unsecured bond in the amount of $50,000.00 and posted $50,000.00 cash bail which was submitted on her behalf in the form of a cashier's check by Larry Majors (Receipt No. 20411199).  Ms. Anderson subsequently pleaded guilty and was sentenced on April 20, 2010.  Therefore, Ms. Anderson requests

1 | the Court to issue an Order exonerating the bond and directing
2 | the Clerk of the Court to return $50,000.00 to Larry Majors,
3 | 12009 South Tuzigoot Court, Phoenix, AZ  85044.

DATED: April 26, 2010           By: _//s// Scott L. Tedmon___
                                    SCOTT L. TEDMON
                                    Attorney for Defendant
                                    LEAH M. ANDERSON

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that in case number S-06-115 LKK the bond heretofore posted by Leah M. Anderson is exonerated and the Clerk of the Court is directed to return the $50,000.00 (Receipt No. 20411199) submitted on Ms. Anderson's behalf to Larry Majors, 12009 South Tuzigoot Court, Phoenix, AZ 85044.

IT IS SO ORDERED:

DATED: April 28, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT